**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-155
NEW YORK, NY 10007

**FRANK A. DELUCCIA**
*Senior Counsel*
Phone: (212) 356-5054
fdelucci@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

December 30, 2019

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>Sheila Holloway, as Administrator of the Estate of Casey Holloway, deceased v. City of New York, et al.</u>, 19 Civ. 08344 (LGS)

Your Honor:

    I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. On September 20, 2019, the Court issued an Order for an Initial Pretrial Conference. *See* Dkt. No. 10. The Court's Order included an order that the parties jointly file a letter providing certain information regarding this matter at least seven calendar days prior to the Initial Pre-Trial Conference. *Id.* The parties were also ordered to submit a joint Proposed Civil Case Management Plan and Scheduling Order as part of their joint letter. The Initial Pretrial Conference is currently scheduled for Thursday, January 9, 2020. *See* Dkt. No. 21. As a result, the parties' joint letter is due no later than Thursday, January 2, 2020. Currently, only the City of New York has responded to the complaint. *See* Dkt. No. 25. The remaining defendants, including Daquan Allen and Shantae Smith, have yet to appear in this matter. On December 20, 2019, the Court granted defendants Allen and Smith an extension of time to respond to the complaint until January 19, 2020. *See* Dkt. No. 24.

    Plaintiff and the City of New York write jointly to respectfully request a three-week extension of time, from January 2, 2020 to January 23, 2020 to file the joint Proposed Civil Case Management Plan and Scheduling Order. This extension will follow the January 19, 2020 deadline for the remaining parties to respond to the complaint in this matter. This request is made in part due to the logistical difficulty in selecting timeframes for litigation events without the input of the other defendants in this matter, given the claims made against them in the complaint. Additionally, plaintiff's counsel has recently encountered an unexpected family

medical issue that has necessitated a brief absence from his office. This extension of time will allow for all parties to respond to the complaint and thereby provide input on the varying discovery deadlines for this matter, as well as for plaintiff's counsel to attend to the family issue.

In light of the above and for the foregoing reasons, plaintiff and the City of New York respectfully requests that request a three-week extension of time, from January 2, 2020 to January 23, 2020 to file the joint Proposed Civil Case Management Plan and Scheduling Order.

Plaintiff and the City of New York thank the Court for its time and consideration of the within request.

<div style="text-align: right;">
Respectfully submitted,

/s/ *Frank A. DeLuccia*

Frank A. DeLuccia
Senior Counsel
</div>

FAD/m
cc: Joshua D. Kellner, Esq. (by ECF)

Application GRANTED.

The initial pretrial conference, scheduled for January 9, 2020, is adjourned to January 30, 2020, at 10:40 a.m. The parties shall file the joint letter and proposed Case Management Plan and Scheduling Order by January 23, 2020.

Dated: January 2, 2020
      New York, New York

<div style="text-align: right;">
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**
</div>