```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHEILA HOLLOWAY,                                            :
                                       Plaintiff,           :
                                                            :      19 Civ. 8344 (LGS)
              -against-                                     :
                                                            :             ORDER
CITY OF NEW YORK, et al.,                                   :
                                       Defendants.          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for January 30, 2020 at 10:40 a.m., is adjourned to **February 27, 2020 at 10:40 a.m**., due to a scheduling conflict.

Dated: January 28, 2020
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**