UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheila Holloway,

                      Plaintiff,

-against-

City of New York, et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

1:19-cv-08344 (LJL) (SDA)

ORDER ADJOURNING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the settlement conference scheduled before Magistrate Judge Stewart Aaron on April 28, 2020 at 10:00 a.m. is adjourned *sine die*.

The parties shall contact Judge Aaron's chambers by email no later than April 30, 2020 to propose new dates or, if circumstances warrant, to request an additional extension.

**SO ORDERED.**

DATED:    New York, New York
             March 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge