**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: ___6/19/2020___



| JAMES E. JOHNSON | THE CITY OF NEW YORK | FRANK A. DELUCCIA |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Senior Counsel* |
| | 100 CHURCH STREET | Phone: (212) 356-5054 |
| | NEW YORK, NY 10007 | fdelucci@law.nyc.gov |

June 19, 2020

**BY ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. The settlement conference is hereby adjourned to August 27, 2020 at 10:00 a.m.
SO ORDERED.
Dated: 6/19/2020     *[signature: Stewart D. Aaron]*

Re: *Sheila Holloway, as Administrator of the Estate of Casey Holloway v. City of New York, Daquan Allen, Shantae Smith, et al.*
Docket Number: 19 Civ. 08344 (LJL)

Your Honor:

      I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter on behalf of defendant City of New York. Defendant City of New York writes, with the consent of counsel for plaintiff and counsel for co-defendants Allen and Smith, to respectfully request a two-month adjournment of the settlement conference currently scheduled for Tuesday June 30, 2020 at 10:00 A.M. to Wednesday August 26, 2020, Thursday August 27, 2020, or a date convenient for the Court thereafter (Dkt. No. 40). This is the first request for an adjournment of the settlement conference in this matter. The settlement conference was previously scheduled for April 28, 2020 but was mutually rescheduled with the Court's endorsement following email correspondence between the Court and the parties on May 1, 2020.

      As the Court is aware, the ongoing coronavirus pandemic in New York City has significantly disrupted normal business operations since March of this year. Defendant City of New York has been especially impacted in its daily operations and has encountered numerous issues regarding obtaining, reviewing, and exchanging the substantial discovery materials associated with this matter from the Department of Corrections through completely remote operations and without access to its customary resources. As a result, the parties do not anticipate that they will be in a position to participate in a meaningful settlement conference as currently scheduled. An adjournment of the settlement conference will accommodate the current difficult circumstances and will allow additional time for Defendant City of New York to progress with its discovery obligations in advance of a settlement conference.

   Additionally, because of the complex nature and the seriousness of the allegations in this matter, along with the current remote environment, Defendant City of New York anticipates the need for additional time to discuss the matter internally with the appropriate officials in order to obtain any degree of authority for settlement negotiations. An adjournment of the settlement conference will allow for sufficient time for these conversations to meaningfully occur in light of the current and foreseeable remote working environment.

   For the foregoing reasons, Defendant City of New York respectfully requests an adjournment of the settlement conference currently scheduled for Tuesday June 30, 2020 at 10:00 A.M. to Wednesday August 26, 2020, Thursday August 27, 2020, or a date convenient for the Court thereafter.

   Defendant City of New York thanks the Court for its time and consideration of the within request.

                    Respectfully submitted,

                    *Frank A. DeLuccia* /s/

                    Frank A. DeLuccia
                    *Senior Counsel*

cc: All counsel of record (by ECF)