```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020
```

**Kelner & Kelner, Esqs.**
140 Broadway, 37th Floor
New York, New York 10005
(212) 425-0700

August 18, 2020

**Submitted by ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: *Holloway v. City of New York, et al.*
      Docket No.: 19-cv-08344 (LGS)

Dear Judge Aaron:

  Our law firm represents plaintiff Sheila Holloway, as Administrator of the Estate of Casey Holloway, in the above-referenced action. I am writing on behalf all parties to request an adjournment of the upcoming settlement conference before Your Honor, which is presently scheduled for August 27, 2020.

  The City of New York's initial document production has been delayed by COVID-19, and has not yet been served on plaintiff. The parties also required the Court's intervention to resolve a disagreement concerning the scope of an appropriate Protective Order for confidential materials. *See* Docket Entry No. 49. An adjournment of the settlement conference will accommodate the current difficult circumstances and will allow additional time for defendant City of New York to progress with its discovery obligations in advance of a settlement conference. The City also is in the process of reassigning the case to a different attorney, and the additional time will allow that attorney to develop familiarity with the file.

  The parties would respectfully propose the following dates: October 6, October 8, or October 9, 2020.

  We thank the Court for its consideration.

           Respectfully submitted,

           Joshua D. Kelner (JK-3303)

cc:

Frank DeLuccia, Esq.
Sonya Gidumal Chazin, Esq.

Request GRANTED. The telephonic settlement conference is hereby adjourned to October 9, 2020 at 10:00 a.m. SO ORDERED.
Dated: 8/18/2020

*Stewart D. Aaron*