```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED:  9/14/2020      │
└─────────────────────────────┘
```



**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER G. ARKO**
*Senior Counsel*
(212) 356-5044
(212) 356-3509 (fax)
carko@law.nyc.gov

September 11, 2020

**By ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: <u>Sheila Holloway, as Administrator of the Estate of Casey Holloway v. The City of New York, et al.</u>, 19 Civ. 8344 (LJL)(SDA)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for defendant City of New York in this matter. I write pursuant to Your Honor's Individual Rule I(D) to respectfully request an adjournment of the settlement conference that is currently scheduled for October 9, 2020 at 10:00 a.m. This is defendant City's second request to adjourn the settlement conference, and a request on behalf of all parties was granted on August 18, 2020. This request is made with the consent of all counsel. The reason for this request is that I was assigned this case on August 31, 2020 as a transfer from Assistant Corporation Counsel Frank DeLuccia, who has since left our office. I have preexisting travel plans on October 9, 2020 and thus I am unavailable to attend the settlement conference that day. I have conferred with all counsel and plaintiff has requested that, if possible, the conference be rescheduled to October 19, 21, 22, or 23.

      I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

Request GRANTED. The telephonic settlement conference is adjourned to Monday, October 19, 2020 at 2:00 p.m. SO ORDERED.
Dated: 9/14/2020

*[signature: Stewart D. Aaron]*

cc: Sonya Chazin, Esq. (By ECF)
*Attorney for defendants Allen and Smith*

Joshua Kelner
*Attorney for plaintiff*