```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHEILA HOLLOWAY, as Administrator of the Estate of                     :
Casey Holloway,                                                        :
                                                                       :
                                Plaintiff,                             :      19-cv-8344 (LJL)
                                                                       :
                -v-                                                    :      ORDER
                                                                       :
CITY OF NEW YORK, et al.,                                              :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: January 29, 2021  
       New York, New York

                                                         LEWIS J. LIMAN  
                                                  United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 1/29/2021